UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                       Case No. 3:04cr99/RV

**GLORIA NEWELL NASH**

_____/

**ORDER**

Pursuant to the Eleventh Circuit's opinion in this matter, the first additional condition of supervised release on page 4 of the defendant's Judgment and Commitment order of February 15, 2005, is amended as follows:

The words "As deemed necessary by the Probation Officer"

are deleted.

In all other respects, the judgment and order remain in full force and effect.

DONE and ORDERED this 21st day of April, 2006.

*/s/ Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**